## ELECTRONIC RECORD

043-16
044-16
045-16

COA # 03-14-00722-CR          OFFENSE: 22.02

STYLE: Mark Fruge v. The State of Texas     COUNTY: Travis

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 331st District Court

DATE: 12/3/15          Publish: NO   TC CASE #:     D-1-DC-13-200256

## IN THE COURT OF CRIMINAL APPEALS

043-16
044-16
045-16

STYLE: Mark Fruge v. The State of Texas     CCA #: _____

___PRO SE___ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

___REFUSED___            JUDGE: _____

DATE: 05/04/2016           SIGNED: _____     PC: _____

JUDGE: _____        PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____